IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMMY L. PAGE,

        Plaintiff,                      No. CIV S-06-1310 MCE KJM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.          <u>ORDER</u>

                                    /

        Plaintiff, an inmate committed under California's Sexually Violent Predator Act, has filed a civil rights action under 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.

        Plaintiff alleges that he is not receiving adequate treatment at Coalinga State Hospital and names the following as defendants: the Governor; the Director of the Department of Mental Health; the Director of Coalinga State Hospital, where plaintiff is confined; the psychologist involved with unit three, where plaintiff is confined; and two outside psychologists who evaluated plaintiff for recommitment as a sexually violent predator. He also claims that the two psychologists, Hupka and Coles, along with defendant Mayberg, followed an improper assessment protocol. Complaint ¶ 18 I. These latter allegations form the basis of the complaint

/////

1

in <u>Page v. Mayberg</u>, Civ. No. 06-988 GEB KJM P, also pending before this court.  Accordingly, because these allegations are duplicative, they will be stricken from the instant action.

The remaining allegations of plaintiff's complaint center on acts or omissions at Coalinga State Hospital, located in Fresno County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 3-120(d).

As provided by Local Rule 3-120(f), a civil action that has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

2. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

3. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: October 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2
page1310.22

2